COMMONWEALTH OF MASSACHUSETTS

| | |
|---|---|
| NORFOLK, ss | SUPERIOR COURT DEPARTMENT<br>CIVIL ACTION NO. 2282CV01086 |

SHARON M. HINES,

          Plaintiff,

v.

ELLIS NURSING HOME, INC., also known as ELLIS REHABILITATION AND NURSING CENTER,

          Defendant.

## NOTICE OF FILING OF NOTICE OF REMOVAL

      Pursuant to 28 U.S.C. §§ 1331, 1441 and 1446, Defendant The Ellis Rehabilitation and Nursing Center hereby gives notice to the Superior Court of the Commonwealth of Massachusetts for the County of Norfolk and Plaintiff Sharon M. Hines that on April 24, 2023, Defendant electronically filed a Notice of Removal, thereby removing this Action to the United States District Court for the District of Massachusetts. A copy of the Notice of Removal is attached hereto.

      Respectfully submitted,

      ELLIS NURSING HOME, INC.

      By its attorneys,

      */s/ Matthew J. Lynch*
      Gary J. Lieberman (BBO No. 638535)
      Matthew J. Lynch (BBO No. 689363)

      **LITTLER MENDELSON, P.C.**
      One International Place, Suite 2700
      Boston, MA 02110
      Phone 617.378.6000
      Fax 617.737.0052
      glieberman@littler.com
      mlynch@littler.com

Dated: April 24, 2023

**CERTIFICATE OF SERVICE**

I, Matthew J. Lynch, hereby certify that on this 24th day of April 2023, the foregoing document was electronically filed with the Superior Court for Norfolk County via efileMA and that a true copy of the foregoing document was served via e-mail upon counsel of record for plaintiff:

>Richard C. Chambers, Jr., Esq.
>Joseph Spinale, Esq.
>CHAMBERS LAW OFFICE
>220 Broadway, Suite 404
>Lynnfield, MA  01940
>Email: richard@chamberslawoffice.com
>             Joe@chamberslawoffice.com

>*/s/ Matthew J. Lynch*
>Matthew J. Lynch